UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MARIE BORGES, A099-784-886,

                       Plaintiff,

      -v-

JANET NAPOLITANO, Secretary of the
Department of Homeland Security, and the
UNITED STATES CITIZEN AND
IMMIGRATION SERVICE, by its District
Director of the New York District, ANDREA
QUARANTILLO,

                     Defendants.
-----------------------------------------------------------------x



09 Civ. 3477 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      On consent of the parties in the above-captioned action, it is hereby ordered that defendants' time to answer or otherwise respond to the complaint is extended to July 31, 2009. The parties shall appear for a conference on August 14, 2009, at 10:00 a.m.

SO ORDERED.

Dated: New York, New York
       May 28, 2009

                                              GERARD E. LYNCH
                                          United States District Judge